THE PRUDENCE COMPANY, INC., v. 33 WEST 55TH STREET CORPORATION and Others. 33 WEST 55TH STREET CORPORATION v. THE PRUDENCE COMPANY, INC. — Motion for leave to appeal denied, with ten dollars costs, and motion for a stay granted so far as to stay proceedings on the part of the Prudence Company, Inc., pending the granting or final refusal of leave to appeal by the Court of Appeals

upon said moving parties filing the undertakings prescribed by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.